# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Gerald Thompson,

    Plaintiff/Appellant,

        v.                                        Case No. 1:15cv553

Lt. Esham, *et al.*,                            Judge Michael R. Barrett

    Defendants/Appellees.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 19, 2018 (Doc. 92).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 92) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 92) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff will have thirty (30) days from the entry of this Order within which to pay the appellate filing fee.

    **IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett, Judge
                                                    United States District Court